IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

    Plaintiff,

v.

TOM CLEMENTS, in his individual capacity,
TRAVIS TRANI, in his individual capacity, and
KAVIN SNYDER, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request [for] a [Clarification] of Court Order** [Docket No. 25; Filed June 25, 2012] (the "Motion to Clarify"). Plaintiff, who proceeds as an incarcerated *pro se* litigant, states that he has not yet been given notice that his case has been assigned to a district judge. Plaintiff seeks assignment of a district judge or, if he has already been assigned to one, the name of the judge who will be trying his case.

    IT IS HEREBY **ORDERED** that the Motion to Clarify [#25] is **GRANTED**. Thus, the Court notes that on May 29, 2012 the case was assigned to District Judge R. Brooke Jackson.

    Dated: July 2, 2012