IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

      Plaintiff,

v.

TOM CLEMENTS, in his individual capacity,
TRAVIS TRANI, in his individual capacity, and
KAVIN SNYDER, in his individual capacity,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Amend Original Complaint** [Docket No. 21; Filed July 23, 2012] (the "Motion to Amend").

      IT IS HEREBY **ORDERED** that the Motion to Amend [#21] is **DENIED without prejudice**. Plaintiff attaches twelve pages as amendments to his operative Complaint [#1]; in other words, he attaches only the pages he would like to have substituted into his Complaint. However, he does not include a complete proposed Amended Complaint for the Court's and Defendants' review. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED WITHOUT PREJUDICE**. If Plaintiff is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15(a) and 20(a), and which includes a complete proposed Amended Complaint as a document separate from the Motion. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint.

      The Clerk of Court is directed to mail a copy of the *pro se* prisoner forms to Plaintiff at the address listed on the docket.

      Dated: August 2, 2012