IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

    Plaintiff,

v.

TOM CLEMENTS, in his individual capacity,
TRAVIS TRANI, in his individual capacity, and
KAVIN SNYDER, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's opposed **Motion to Hold in Abeyance Defendant's Motion to Dismiss (Doc. 17)** [Docket No. 38; Filed September 20, 2012] (the "Motion"). Plaintiff initiated this case *pro se* on May 21, 2012. Defendants filed a Motion to Dismiss [#17] on July 9, 2012, which was subsequently referred to the undersigned [#18]. The Court issued a Minute Order [#19] requiring Plaintiff and Defendants to file a Response and a Reply, respectively, addressing only the exhaustion-of-administrative-remedies argument. Plaintiff filed a Response on July 23, 2012 [#24], and Defendants filed a Reply on August 8, 2012 [#30]. On September 7, 2012, counsel entered an appearance on behalf of Plaintiff [#32]. Because Plaintiff is now represented, and because Plaintiff plans on filing an Amended Complaint, Plaintiff asks the Court to temporarily hold in abeyance the pending Motion to Dismiss [#17].

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Court shall hold in abeyance the Motion to Dismiss [#17] **through and including October 25, 2012**.

    Dated: September 24, 2012