IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

    Plaintiff,

v.

TOM CLEMENTS, in his individual capacity,
TRAVIS TRANI, in his individual capacity, and
KAVIN SNYDER, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Appear** [Docket No. 45; Filed October 23, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED**. Student Attorney Mary Dewey of the Civil Rights Clinic at the University of Denver Sturm College of Law may appear before the Court and represent Plaintiff while under the direct supervision of Attorney Laura Rovner, current counsel for Plaintiff.

    Dated: October 25, 2012