IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

      Plaintiff,

v.

TOM CLEMENTS, in his official capacity as Director of Colorado Department of Corrections,
JOANIE SHOEMAKER, in her official capacity as Deputy Director of Prisons, Clinical Services for Colorado Department of Corrections,
PAULA FRANTZ, in her official capacity as Chief Medical Officer for Colorado Department of Corrections,
TRAVIS TRANI, in his official capacity as Warden of Colorado State Penitentiary,
JAMES MICHAUD, in his official capacity as Mental Health Program Administrator for Colorado Department of Corrections,
JILL LAMPELA, in her official capacity as Behavior Health Supervisor for Colorado State Penitentiary, and
STATE OF COLORADO DEPARTMENT OF CORRECTIONS,

      Defendants.

_____

## MINUTE ORDER

_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on Defendants' **Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint** [Docket No. 74; Filed January 25, 2013] (the "Motion for Enlargement") and on Plaintiff's **Unopposed Motion for Leave to Appear** [Docket No. 76; Filed January 29, 2013] (the "Motion to Appear").

      IT IS HEREBY **ORDERED** that the Motion for Enlargement [#74] is **GRANTED**. Defendants shall file an answer or otherwise respond to Plaintiff's Amended Complaint **on or before February 4, 2013**.

      IT IS FURTHER **ORDERED** that the Motion to Appear [#76] is **GRANTED**. Student Attorney Amanda Essex and Student Attorney Donald Kaade of the Civil Rights Clinic at the University of Denver Sturm College of Law may appear before the Court and represent

Plaintiff while under the direct supervision of Attorney Laura Rovner, current counsel for Plaintiff.

      Dated:  January 30, 2013