IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

    Plaintiff,

v.

TOM CLEMENTS, in his official capacity as Director of Colorado Department of Corrections,
JOANIE SHOEMAKER, in her official capacity as Deputy Director of Prisons, Clinical Services for Colorado Department of Corrections,
PAULA FRANTZ, in her official capacity as Chief Medical Officer for Colorado Department of Corrections,
TRAVIS TRANI, in his official capacity as Warden of Colorado State Penitentiary,
JAMES MICHAUD, in his official capacity as Mental Health Program Administrator for Colorado Department of Corrections,
JILL LAMPELA, in her official capacity as Behavior Health Supervisor for Colorado State Penitentiary, and
STATE OF COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Stay Discovery** [Docket No. 83; Filed February 22, 2013] (the "Motion to Stay"). Defendants seek a stay pending resolution of their Motion to Dismiss [#79]. On March 26, 2013, the Court issued a Recommendation [#92] to deny the Motion to Dismiss. In light of this Recommendation,

    IT IS HEREBY **ORDERED** that the Motion to Stay [#83] is **DENIED as moot**.

    Dated: March 26, 2013