## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01326-RBJ-KLM

JAMES SARDAKOWSKI,

      Plaintiff,

v.

CLEMENTS et al.,

      Defendants.

---

## ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAMES SARDAKOWSKI

---

Plaintiff James Sardakowski, CDOC #133162 is a necessary and material witness in his own bench trial scheduled to take place before the Honorable R. Brooke Jackson on March 17, 2014 at 8:30 a.m. at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, Courtroom A902. It is believed Mr. Sardakowski is currently confined at the Centennial Correctional Facility, Cañon City, CO. In order to secure Mr. Sardakowski's attendance at this trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Sardakowski's custodian to produce him at the United States District Court for the District of Colorado.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,

commanding the Warden of the Centennial Correctional Facility or the Warden of the CDOC

facility where Mr. Sardakowski is currently being housed and the Colorado Department of

Corrections to produce inmate, James Sardakowski, CDOC #133162 on March 17, 2014, for a five-

day bench trial to be held at the United States District Court for the District of Colorado, 901

19th Street, Denver, Colorado 80294, until the completion of the proceeding or as ordered by the

Court, and thereafter to return Mr. Sardakowski to the Centennial Correctional Facility.

2. The custodian is further ordered to notify the Court of any change in the custody of

Mr. Sardakowski, and is ordered to provide the new custodian with a copy of this writ.

Dated this 11th day of February, 2014.

BY THE COURT

_____
Judge R. Brooke Jackson
United States District Court Judge

2