IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01326-RBJ | Date: February 25, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| JAMES SARDAKOWSKI | *Laura Rovner* |
| | *Lauren Fontana* |
| | *Zachary Woodward* |
| | *Virginia Thompson* |
| | *Mary Dewey* |
| **Plaintiff(s)** | |
| v. | |
| TOM CLEMENTS | *Christopher W. Alber* |
| JOANIE SHOEMAKER | |
| PAULA FRANTZ | |
| TRAVIS TRANI | |
| JAMES MICHAUD | |
| JILL LAMPELA | |
| STATE OF COLORADO DOC | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE/ORAL ARGUMENT**

Court in Session:  2:01 p.m.

Appearance of counsel.

Argument presented on [113] Motion for Summary Judgment.

For reasons stated on the record, it is

**ORDERED:   [113] Motion for Summary Judgment is DENIED.**

Discussion held on trial issues.

Court in Recess:  3:21 p.m.        Hearing concluded.        Total time in Court:    01:20